UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAGIRL PROPERTIES LLC ) | No. 2:09-cv-00756-MCE-EFB |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION AND ORDER FOR |
| ) | DISMISSAL |
| DURO-LAST INC., (Also known as ) | [FRCP Rule 41(a)(ii)] |
| DURO-LAST ROOFING, INC.) A ) | |
| Michigan corporation, et al., ) | |
| ) Defendants. ) | |

Having reached a settlement in this matter, IT IS HEREBY STIPULATED by the parties to this action, by and through their undersigned attorneys of record, that the above-entitled action is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs.

Dated: September 29, 2009      LAW OFFICES OF L. MARK BISSONNETTE

By:_____/s/_____
L. MARK BISSONNETTE
Attorney for Plaintiff

1

Dated:  September 21, 2009        LEWIS BRISBOIS BISGAARD AND SMITH LLP

By: _____/s/_____
    Jeffery G. Bairy
    Lorena Matei
    Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, each side to bear its own attorneys' fees and costs.

DATED: October 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE